November 9, 1979.

423 A.2d 1321

Commonwealth v. Capers, Appellant.

Submitted March 23, 1979. Armando G. Salazar, Assistant Public Defender, for appellant; Michael E. Moyer, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.